# EXHIBIT A

John P. Brennan, Jr.
Attorney at Law
Avon Professional Building
43 Main Street, Suite 1B
Avon-by-the-Sea, New Jersey 07717
Attorney for plaintiff, Mary Garden

RECEIVED & FILED
NOV 10 2014
SUPERIOR CT., OCEAN

| | |
|---|---|
| MARY GARDEN<br>Plaintiff<br>v<br><br>VITAS HEALTHCARE CORPORATION<br>JOHN DOES 1-10, ABC CORPS 1-10<br>Defendants | :SUPERIOR COURT OF NEW JERSEY<br>:LAW DIVISION, OCEAN COUNTY<br>:<br>:Docket No. L 3520-14<br>:Civil Action<br>:<br>:<br>:COMPLAINT AND JURY DEMAND |

By her counsel, John P. Brennan, Jr., Esquire, plaintiff, Mary Garden , residing at 1096 Sawmill Road, Brick, New Jersey 08724, by way of Complaint against defendants, Vitas Healthcare Corporation, John Does 1-10 and ABC Corps 1-10, that the defendants discriminated against plaintiff on the basis of her age. Plaintiff, with more particularity, says:

## THE PARTIES

1. Plaintiff, Mary Garden , residing at 1096 Sawmill Road, Brick, New Jersey 08724 was an employee of defendant, Vitas Healthcare Corporation, for all periods relevant to this Complaint.

2. Defendant, Vitas Healthcare Corporation, is a Florida corporation licensed and registered and doing business in the State of New Jersey with a main NJ business address of 1040 Broad Street, Suite 300, Red Bank, New Jersey 07702, for all periods relevant to this Complaint.

3. Defendants, John Does 1-10, fictitious name, true name and address presently unknown was the employer of the plaintiff for all periods relevant to this Complaint, or other agent, officer, manager or person otherwise liable to plaintiff under the causes of action set forth herein.

4. Defendants, ABC Corps 1-10, fictitious name, true name and address presently unknown was

the employer of the plaintiff for all periods relevant to this Complaint, or other agent, officer, manager or person otherwise liable to plaintiff under the causes of action set forth herein.

## FACTUAL AVERMENTS

5. Plaintiff, Mary Garden , was hired by defendant, Vitas Healthcare Corporation in September 2006. Her position was Vitas Representative. She received many distinctions while employed there.

6. Ms. Garden's date of birth is xx/xx/xxxx. Her age is xx.

7. Ms. Garden was terminated from his employment on October 31, 2013.

## FIRST COUNT
## NEW JERSEY LAW AGAINST DISCRIMINATION
## N.J.S.A. 10:5-1 et seq.

8. Plaintiff, Mary Garden , re-asserts and re-alleges each of the allegations set forth in Paragraphs 1 through 7 as if set forth more fully here.

9. Ms. Garden is a member of a "protected group" and is a protected "employee" and defendants are covered "employer" for purposes of applying the New Jersey Law Against Discrimination.

10. Ms. Garden was qualified for his job and his job performance met the legitimate expectations of his employer, the defendants.

11. Defendants discriminated and committed unlawful employment practices against Ms. Garden, including termination, based upon his age.

12. The defendants sought candidates to replace and did replace Ms. Garden.

13. Defendants' conduct constitutes a violation of the New Jersey Law Against Discrimination, N.J.S.A. 10:5-1.

WHEREFORE, plaintiff, Mary Garden , demands judgment against the defendants, Vitas Healthcare Corporation, John Does 1-10 and ABC Corps 1-10, jointly and severally, for:

a. Preliminary and permanent injunctive relief requiring the defendant to restore plaintiff, Mary Garden , to his employment, without loss of seniority or benefit and with full reimbursement of back wages and prohibiting the defendants from future acts of discrimination;

b. Damages, compensatory, punitive and incidental

c. Statutory attorneys fees;

d. Interest - prejudgment and post-judgment;

e. Costs of suit;

f. Such other relief as the Court deems equitable and just.

**JURY DEMAND**

Plaintiff, Mary Garden , demands a trial by jury on all issues so triable.

Dated: November 7, 2014

John P. Brennan, Jr.
Attorney for plaintiff, Mary Garden

**Certification**

Plaintiff, through his counsel, certifies that this matter is not the subject of any other action or proceeding, pending or contemplated, and knows of no other party to be joined.

**Certification of No Personal Identifiers**

I certify that confidential identifiers have been redacted from documents submitted to the Court, and will be redacted from all documents submitted in the future in accordance with Rule

1:38-7(b).

Dated: November 7, 2014

John P. Brennan, Jr.
Attorney for plaintiff, Mary Garden

OCEAN COUNTY SUPERIOR COURT
OCEAN COUNTY COURTHOUSE
CIVIL LAW DIVISION
TOMS RIVER NJ 08754

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 929-2016
COURT HOURS 8:30 AM - 4:30 PM

DATE: NOVEMBER 21, 2014
RE: GARDEN VS VITAS HEALTHCARE CORP
DOCKET: OCN L -003520 14

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 3.

DISCOVERY IS 450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON CRAIG L. WELLERSON

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 002
AT: (732) 929-4771 EXT 4771.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

BRENNAN JR JOHN P
43 MAIN STREET
SUITE 1B
AVON BY THE SEA NJ 07717

JUAMH6

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed**

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

ATTORNEY / PRO SE NAME: John P. Brennan, Jr.
TELEPHONE NUMBER: (732) 974-9234
COUNTY OF VENUE: ~~Monmouth~~ Ocean
FIRM NAME (if applicable):
DOCKET NUMBER (when available): L3520-14
OFFICE ADDRESS: 43 Man Street, Avon, NJ 07717
DOCUMENT TYPE: Complaint
JURY DEMAND ☐ YES ☐ NO

NAME OF PARTY (e.g., John Doe, Plaintiff): Plaintiff, Mary Garden
CAPTION: Garden v Vitas Healthcare Corporation

CASE TYPE NUMBER (See reverse side for listing): 618
HURRICANE SANDY RELATED? ☐ YES ☒ NO
IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO
IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

RELATED CASES PENDING? ☐ YES ☒ NO
IF YES, LIST DOCKET NUMBERS

DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☒ YES ☐ NO
NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) ☐ NONE ☒ UNKNOWN

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☒ YES ☐ NO
IF YES, IS THAT RELATIONSHIP: ☒ EMPLOYER/EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☐ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

NOV 10 2014

DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ NO
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION

WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ NO
IF YES, FOR WHAT LANGUAGE?

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

ATTORNEY SIGNATURE:

# EXHIBIT B

**DULY SERVED**

DATE: 12/30/14

Km

OFFICER / PROCESS SERVER

# SUMMONS

Attorney(s) John P. Brennan Jr.
Office Address 43 Main Street, Ste 1B
Town, State, Zip Code Avon, New Jersey, 07717

Telephone Number (732) 974-9234
Attorney(s) for Plaintiff John P. Brennan Jr

Superior Court of
New Jersey

MONMOUTH COUNTY
Law DIVISION
Docket No: L-3520-14

Mary Garden
Plaintiff(s)

Vs.

Vitas Healthcare Corporation, John Does 1-10,
ABC Corps 1-10
Defendant(s)

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Michelle S. Smith
Clerk of the Superior Court

DATED: 12/02/2014

Name of Defendant to Be Served: Vitas Healthcare Corporation

Address of Defendant to Be Served: 1040 Broad Street, Suite 300, Red Bank, New Jersey, 07702

# EXHIBIT C

Denise M. Keyser, Esquire
Steven D. Millman, Esquire
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
Telephone: 856.761.3400
Facsimile: 856.761.1020
*Attorneys for Defendant*
*Vitas Healthcare Corporation Atlantic*

| | |
|---|---|
| MARY GARDEN,<br><br>*Plaintiff,*<br>v.<br><br>VITAS HEALTHCARE CORPORATION, JOHN DOES 1-10, ABC CORPS 1-10,<br><br>*Defendants.* | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>OCEAN COUNTY<br><br>CIVIL ACTION<br><br>Docket No. L-3520-14<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

To: Clerk of Court
Superior Court of New Jersey
Law Division, Ocean County
118 Washington Street
P.O. Box 2191
Toms River NJ 08754

John P. Brennan, Jr., Esquire
Avon Professional Building
43 Main Street, Suite 1B
Avon-by-the-Sea, NJ 07717

**PLEASE TAKE NOTICE** that on January 29, 2015, Defendant Vitas Healthcare Corporation Atlantic (improperly pled as "Vitas Healthcare Corporation") (hereinafter "Vitas") by and through its undersigned counsel, filed a Notice of Removal in the United States District Court for the District of New Jersey.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the original Notice of Removal, which was filed in the United States District Court for the District of

New Jersey, is attached hereto (without exhibits) as Exhibit 1 and has been served along with this notice on counsel for Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d), no further proceedings shall occur in this Court unless and until this case is remanded.

Respectfully submitted,

Denise M. Keyser, Esquire
Steven D. Millman, Esquire
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
*Attorneys for Defendant*
*Vitas Healthcare Corporation Atlantic*

Dated: January 29, 2015

**CERTIFICATE OF SERVICE**

I, Steven D. Millman, hereby certify that on this date, I caused a true and correct copy of the foregoing Notice of Filing of Notice of Removal to be served on counsel for plaintiff via first-class mail, postage prepaid, at the address specified below.

John P. Brennan, Jr., Esquire
Avon Professional Building
43 Main Street, Suite 1B
Avon-by-the-Sea, NJ 07717

Date: January 29, 2015

Steven D. Millman